# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

IN RE:
Ronnie Young
Po Box 7004
Texarkana, TX 75505-7004
SSN: XXX-XX-0392
Debtor

Mary Young
Po Box 7004
Texarkana, TX 75505-7004
SSN: XXX-XX-7287
Debtor

Case No. 18-50071 btr
Chapter: 13

**CORRECTED**

**ORDER FOR DEBTORS TO SHOW CAUSE AS TO WHY
CHAPTER 13 CASE SHOULD NOT BE DISMISSED FOR
FAILURE TO FULFILL DIRECT PAYMENT OBLIGATIONS**

ON THIS DATE the Court reviewed the docket in the above-referenced case in which a plan was confirmed. The Plan provides that the Debtors owe a direct payment obligation secured by real property that is the Debtors' principal residence and that plan compels the Debtors to make direct payments on that obligation in accordance with the pre-petition contract. The fulfillment of those payment obligations are being monitored by the Chapter 13 Trustee.

The Chapter 13 Trustee has notified the Court that a payment deficiency appears to exist. Any such payment deficiency on this direct payment obligation in the post-confirmation period constitutes a material default by the Debtors with respect to the confirmed plan and establishes cause to dismiss this case pursuant to 11 U.S.C. § 1307(c). Thus, to ensure the Debtors' faithful plan performance and because the fulfillment of those direct payment obligations are required in any event for the issuance of any discharge order, the Court finds that sufficient cause exists for the entry of the following order. **IT IS THEREFORE ORDERED** that a hearing will be conducted on:

**Thursday, February 7, 2019** at **11:10 am**

**Parties are instructed to appear telephonically using the following call-in information:**
Dial In Number: 1-888-675-2535
Participant Code: 4225607
Security Code: 1720

for the Debtors to appear personally and to demonstrate the current status of the direct payment obligation secured by the principal residence and otherwise to show cause as to why this case should not be dismissed for failure to tender all required payments on the direct payment obligations identified in the confirmed plan. If the Chapter 13 Trustee withdraws the notice of payment deficiency prior to the date and time of the hearing, the show cause hearing will not be held.

Signed on 12/05/2018

*Brenda T. Rhoades*    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE